THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK LEE, Alias ALFRED MINUTOLO, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

Argued April 13, 1955; decided July 8, 1955.

678

*Richard W. Coughlin* for appellant.

*Jacob K. Javits, Attorney-General* (*Manuel T. Murcia, Henry S. Manley* and *Raymond B. Madden* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.